AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| DENNIS PIERCE, INC. and PIERCON, INC. <br><br> *Plaintiff(s)* <br> v. <br> LETITIA PIERCE, and LETITIA PIERCE <br> d/b/a PIERCE CREATIVE MARKETING SERVICE <br><br> *Defendant(s)* | Civil Action No. 2:16cv102-KS-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Leticia Pierce
3522 Fir Drive
Olive Branch, Mississippi 38654

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Rick Norton, Esq.
Kris A. Powell, Esq.
BRYAN NELSON P.A.
Post Office Drawer 18109
Hattiesburg, Mississippi 39404-8109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: __JUL 0 1 2016__                              ___C. Smith___
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| DENNIS PIERCE, INC. and PIERCON, INC. <br><br> *Plaintiff(s)* <br> v. <br> LETITIA PIERCE, and LETITIA PIERCE d/b/a PIERCE CREATIVE MARKETING SERVICE <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:16cv102-KS-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Leticia Pierce d/b/a
PIERCE CREATIVE MARKETING SERVICE
3522 Fir Drive
Olive Branch, Mississippi 38654

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Rick Norton, Esq.
Kris A. Powell, Esq.
BRYAN NELSON P.A.
Post Office Drawer 18109
Hattiesburg, Mississippi 39404-8109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: JUL 0 1 2016

*Signature of Clerk or Deputy Clerk*