# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**DENNIS PIERCE, INC.,** *et al.*                                                        **PLAINTIFFS**

v.                                              CIVIL ACTION NO. 2:16-CV-102-KS-MTP

**LETITIA PIERCE,** *et al.*                                                         **DEFENDANTS**

## ORDER

On June 2, 2017, Plaintiffs filed a Motion for Summary Judgment [48]. Defendants shall respond on or before **June 19, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Plaintiffs want to reply, they must do so on or before **June 26, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Plaintiffs' original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Defendants' response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this __5th__ day of __June__, 2017.

                                                            s/Keith Starrett
                                                    UNITED STATES DISTRICT JUDGE