IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**DENNIS PIERCE, INC.,** *et al.*                                   **PLAINTIFFS**

**v.**                                         **CIVIL ACTION NO. 2:16-CV-102-KS-MTP**

**LETITIA PIERCE,** *et al.*                                              **DEFENDANTS**

### ORDER

On August 18, 2017, Defendant filed a Motion for Reconsideration [58]. Plaintiffs shall respond on or before **September 1, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Defendant wants to reply, it must do so on or before **September 8, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Defendant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Plaintiffs' response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this  22nd  day of  August , 2017.

                                                     s/Keith Starrett
                                                     UNITED STATES DISTRICT JUDGE