IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DENNIS PIERCE, INC. AND
PIERCON, INC.

VS.                                                                    CIVIL ACTION NO. 2:16cv102-KS-MTP

LETITIA PIERCE AND
LETITIA PIERCE d/b/a
Pierce Creative Marketing Service

## FINAL JUDGMENT ON JURY VERDICT

This cause having come on to be heard in open Court on November 7, 2017 - November 8, 2017, and the Court having jurisdiction of the parties and the subject matter, and all parties having personally appeared and by their counsel announced ready for trial, there came a jury of seven (7) good and lawful men and women, who, being duly qualified, sworn and empaneled, did hear the evidence and arguments of counsel and received instructions of the Court and who then retired to consider their verdict, and who thereupon returned into open Court with a unanimous verdict in favor of the Plaintiffs, Dennis Pierce, Inc. and Piercon, Inc.

IT IS, THEREFORE, ORDERED AND ADJUDGED that a Final Judgment be and the same is hereby, rendered in favor of the Plaintiff, and the Defense is hereby taxed with costs, for all of which let execution issue.

SO ORDERED AND ADJUDGED this the ___7th____ day of December, 2017.


                                                          __s/Keith Starrett_____
                                                          UNITED STATES DISTRICT JUDGE