## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**DENNIS PIERCE, INC. and**                                                        **PLAINTIFFS**
**PIERCON, INC.**

**V.**                                                **CAUSE NO. 2:16-CV-102-KS-MTP**

**LETITIA PIERCE and LETITIA PIERCE**                         **DEFENDANTS**
**d/b/a PIERCE CREATIVE MARKETING**
**SERVICE**

## NOTICE OF APPEAL

Notice is hereby given that Letitia Pierce and Pierce Creative Marking Service, Defendants, in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment on Jury Verdict entered in this action on the 7th day of December, 2017, and the underlying Orders of the Court during trial relating to the jury instructions utilized in the matter and directing a verdict in favor of Plaintiffs as to Plaintiffs' declaratory judgment claims regarding their common law trademark ownership, the validity of their United States Patent and Trademark Office registration, and rejecting the Defendants' affirmative defense of fraudulent trademark registration.

RESPECTFULLY SUBMITTED, this the 5th day of January, 2018.

                                                               */s/ Stephan L. McDavid*
                                                               Stephan L. McDavid, MSB No. 8380
                                                               McDavid & Associates, PC
                                                               1109 Van Buren Avenue
                                                               P.O. Box 1113
                                                               Oxford, MS 38655
                                                               Phone: (662)-218-8300
                                                               Fax:  (662)-218-8353
                                                               smcdavid@mcdavidlaw.com
                                                               *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on January 5th, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

*/s/ Stephan L. McDavid*
Attorney for Defendants